Joshua C. Boyce, Esq., SBN 27044
Law Offices of Frank D. Penney
1544 Eureka Road, Suite 120
Roseville, CA 95661
Telephone: (916) 788-1960
Facsimile:  (916) 788-1970

Attorneys for Plaintiff NINA FISHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA FISHER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 2:11-CV-03396-JAM-GGH<br><br>**ORDER TO EXTEND EXPERT DISCOVERY DEADLINE**<br><br>**Complaint Filed: November 17, 2011**<br>**Trial Date:       November 5, 2012** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff NINA FISHER and Defendant KOHL's DEPARTMENT STORES, INC. entered into a Joint Stipulation, respectfully requesting that this Court extend the expert discovery deadline in light of the previously amended expert disclosure date. The Court, having considered the request and finding good cause for the same, pursuant to FRCP 16(b)(4),

HEREBY ORDERS AS FOLLOWS:

Expert discovery shall be completed by July 25, 2012. All other dates, as set forth in this Court's February 17, 2012 Scheduling Order, are to remain unchanged.

Dated:  June 22, 2012

            /s/ John A. Mendez
            Honorable John A. Mendez
            United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com